ANNIE C. HOFF, Appellant, *v.* ROYAL METAL FURNITURE COMPANY, Respondent.

*Hoff* v. *Royal Metal Furniture Co.*, 117 App. Div. 884, affirmed.
(Argued October 4, 1907; decided October 22, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 22, 1907, which affirmed an order of the Municipal Court of the city of New York dismissing a summary proceeding.

*Charles A. Decker* for appellant.

*Thaddeus D. Kenneson* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN and CHASE, JJ. Absent: HISCOCK, J.